# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### TAMPA DIVISION

GAYLA KNIPP,

      Plaintiff,

v.                                  Case No: 8:16-cv-3485-T-30AEP

EDWARDS LIFESCIENCES LLC,

      Defendant.

_____

### ORDER OF DISMISSAL

      Before the Court is the Plaintiff's Notice of Voluntary Dismissal Without Prejudice as to All Claims (Dkt. #11).   Upon review and consideration, it is

      **ORDERED AND ADJUDGED** as follows:

      1.     This cause is dismissed without prejudice pursuant to Fed. R. Civ. P. 41(a)(1).

      2.     All pending motions are denied as moot.

      3.     The Clerk is directed to close this case.

      **DONE** and **ORDERED** in Tampa, Florida, this 21st day of March, 2017.

_____

JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel/Parties of Record